UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WALLACE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:18-cv-00503-JAR |
| ) | |
| COMMUNICATIONS UNLIMITED, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM AND ORDER

The Court is in receipt of the parties' Joint Report Regarding Status of Arbitration. (Doc. 30.) On March 1, 2019, the Court granted Defendant's Motion to Compel Individual Arbitration. (Doc. 29.) The parties represent to the Court that no arbitration proceeding has yet been initiated. (Doc. 30.)

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall initiate arbitration proceedings **no more than thirty (30) days from the date of this order**.

**IT IS FURTHER ORDERED** that the parties shall file a status report regarding the state of arbitration **no more than forty-five (45) days from the date of this order**.

Dated this 29th day of August, 2019.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1