**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL WALLACE, et al.,          ) | |
|          ) | |
|     Plaintiffs,          ) | |
|          ) | |
| v.          ) | |
|          ) | Case No. 4:18-cv-00503 |
| COMMUNICATIONS UNLIMITED, INC.,          ) | |
| et al.,          ) | |
|          ) | |
|     Defendants.          ) | |

**JOINT REPORT REGARDING STATUS OF ARBITRATION**

Pursuant to the Court's Memorandum and Order dated August 29, 2019 [Doc. # 31], the parties submit this status report:

1.      On March 1, 2019, the Court granted Defendants' Motion to Compel Individual Arbitrations and To Stay Litigation.

2.      The parties have attempted to informally resolve this matter but have been unable to reach an agreement to date.

3.      Plaintiffs initiated arbitration by preparing and serving Demands for Arbitration through JAMS on September 27, 2019.

4.      The parties have not yet selected a mediator or scheduled a date for mediation.

Respectfully submitted,

BRADLEY GROMBACHER, ESQ.

/s/ Kiley L. Grombacher
Kiley L. Grombacher, #245960CA (*pro hac vice*)
2815 Townsgate Road, Suite 130
Westlake Village, CA 91361

Scott Bjorseth, Esq.
Rynearson, Suess, Schnurbusch & Champion
500 N. Broadway, Suite 1550
St. Louis, MO 63102

**ATTORNEYS FOR PLAINTIFFS**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, PC.

/s/ David L. Schenberg
David L. Schenberg, #44527MO
Andrew L. Metcalf, #66079MO
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Telephone: (314) 802-3935
Facsimile: (314) 802-3936
david.schenberg@ogletree.com
andrew.metcalf@ogletree.com

**ATTORNEYS FOR DEFENDANTS C.U.
EMPLOYMENT, INC., COMMUNICATIONS
UNLIMITED OF THE SOUTH, INC., AND
COMMUNICATIONS UNLIMITED CONTRACTING
SERVICES, INC.**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on October 14, 2019, to the following:

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, PC.
David L. Schenberg, #44527MO
Andrew L. Metcalf, #66079MO
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Telephone: (314) 802-3935
Facsimile: (314) 802-3936
david.schenberg@ogletree.com
andrew.metcalf@ogletree.com

ATTORNEYS FOR DEFENDANTS
C.U. EMPLOYMENT, INC., COMMUNICATIONS
UNLIMITED OF THE SOUTH, INC., AND
COMMUNICATIONS UNLIMITED
CONTRACTING SERVICES, INC.

*/s/ Kiley L. Grombacher*